UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK ANDERSON, *on behalf of himself and all others similarly situated*,

Plaintiff,

-against-

NEW DOCKS, LLC,

Defendant.

Case No.: 17-CV-03798

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, NEW DOCKS, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Joseph Paul Wodarski, III, Esq.
Wilson, Elser, Moskwitz, Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604
Telephone: 914-323-7000
joseph.wodarski@wilsonelser.com

Date: 4/19/18

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 4/19/18

SO ORDERED

s/Roslynn R. Mauskopf
U.S.D.J.